## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Scheduling Order of Magistrate Judge Peggy Kuo dated February 8, 2022 has been served upon Jim Piccillo, Defendant Pro Se, at 1101 Frederick Lane, Brandon, FL 33511, by placing the same, postage prepaid in the United States Mail on this the 9th day of February, 2022.

**BARROWS LEVY PLLC**

By: _____
Michael C. Barrows
Attorney for Plaintiff
100 Quentin Roosevelt Boulevard
Suite 210
Garden City, New York 11530
(516) 744-1880

**Full docket text:**
SCHEDULING ORDER: A Status Conference is scheduled by telephone for **March 7, 2022 at 10:00 a.m.** before Magistrate Judge Peggy Kuo. The parties are directed to call toll free **(877) 336-1274** and input the Access Code **1453850** at the time of the Conference. No additional security code is needed. Once all parties are on the line, the call will be connected. (The parties are reminded that, pursuant to Local Civil Rule 1.8, they may not independently record any court proceedings. A transcript of the proceedings may be ordered from the Clerk's Office.)

Plaintiff's counsel is directed to send a copy of this Order to *pro se* Defendant Jim Piccilo and file certification by **February 11, 2022.** Ordered by Magistrate Judge Peggy Kuo on 2/8/2022. (O'Neil-Berven, Ryan) Modified on 2/8/2022 to correct typographical error (O'Neil-Berven, Ryan).

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/09/2022 10:22:22 | | | |
| **PACER Login:** | barrowslevy | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:21-cv-02148-RPK-PK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |