**BarrowsLevy** PLLC

May 5, 2022

*Via ECF*
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of the State of New York

      Re:    Jian Tam and Made in Brooklyn Inc. v.
               MIH CP Solutions, LLC, Jim Piccillo and Vince Bryniczka
               Case No.: 21cv02148
               **Telephone Conference Date:  May 9, 2022**

Dear Hon. Kuo:

      This firm represents the plaintiffs in the above-referenced matter. It is respectfully requested that the time of the conference scheduled for May 9, 2022 be moved up to 1:00 p.m. in order to accommodate Mr. Piccillo who will be on a flight and unable to join at 2:00 p.m.

      This request is being made with the consent of Mr. Piccillo and Mr. Gordon, attorney for Vince Brynickza.

      Thank you for your courtesy.

                            Very truly yours,

                            **BARROWS LEVY PLLC**

                      By:  *Michael Barrows*
                            Michael Barrows

cc:    *Via Email*
       jim.piccillo@gmail.com
       bg@thegordonfirm.com
       timothywedeen@gmail.com